THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Luis Enrique
 Vargas Avila, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-111
Submitted February 1, 2008  Filed
 February 12, 2008
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission of
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. Mcintosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Luis Enrique Vargas Avila appeals his guilty plea to trafficking cocaine in an
 amount more than ten grams.  On appeal, Avila maintains the plea court, by advising him of his right to appeal, rendered his plea
 conditional and, therefore, invalid under our jurisprudence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Avilas appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.